1  Ogonna M. Atamoh, Esq.
   Nevada Bar No. 7589
2  SANTORO, DRIGGS, WALCH,
   KEARNEY, HOLLEY & THOMPSON
3  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
4  Telephone:    702/791-0308
   Facsimile:     702/791-1912
5  Email:  oatamoh@nevadafirm.com

6  Artemus W. Ham, Esq. (NV Bar No. 7001)
   MAINOR EGLET
7  400 South Fourth Street, Sixth Floor
   Las Vegas, Nevada 89101
8  Telephone:    702/450-5400
   Facsimile:     702/4505451
9  Email:  aham@egletwall.com

10  ***Attorney for Clients, Henry Chanin, et al. Represented by Mainor Eglet***

11  **UNITED STATES DISTRICT COURT**

12  **DISTRICT OF NEVADA**

13  In re:                                    Bankruptcy Case No. BK-S 09-22780-MKN
                                              Chapter 7
14  ENDOSCOPY CENTER OF SOUTHERN              Appeal Reference Number 12-06
    NEVADA,
15
            Debtor.
16
    _____       Case No. 2:12-cv-00166-JCM-PAL
17  CLIENTS, HENRY CHANIN, ET AL,
    REPRESENTED BY MAINOR EGLET,
18                                            **STIPULATION AND
            Appellants,                       ORDER DISMISSING BANKRUPTCY
19                                            APPEAL**
    vs.
20
    ENDOSCOPY CENTER OF SOUTHERN
21  NEVADA, LLC, a Nevada limited liability co.
    AND BRIAN D. SHAPIRO, Trustee
22
            Appellees.
23

24          Ogonna  M.  Atamoh,  Esq.,  of  the  law  firm  of  SANTORO,  DRIGGS,  WALCH,

25  KEARNEY,  HOLLEY  &  THOMPSON,  and  Artemus  W.  Ham,  Esq.  of  the  law  firm  of

26  MAINOR EGLET, attorneys for the Clients, the Infected and Non-infected Clients of the Debtor

27  Clinics that are Represented by Mainor Eglet ("Clients"), by and through their undersigned

28  counsel, Cecilia Lee, Esq., attorney for Nevada Mutual Insurance Company, and Andrew Baxter

1  Ryan, Esq., of the law firm DIAMOND MCCARTHY LLP, attorneys for Brian D. Shapiro

2  Trustee, hereby stipulate and agree as follows:

3      WHEREAS,

4      1.      On January 31, 2012, the Clients filed in the Bankruptcy Court, in Case No. BK-S

5  09-22780-MKN, a *Notice of Appeal with Certificate of Service* and *Notice of Election to Have*

6  *Appeal Heard by United States District Court Pursuant to 28 U.S.C. § 158(c)(1)(A) with*

7  *Certificate of Service*, and on February 3, 2012, the Clients filed in the District Court in the

8  current case, Case No. 2:12-cv-00166-JCM-PAL, an *Amended Notice of Bankruptcy Appeal* (the

9  "Notice of Appeal"); and

10      2.      Fed. R. Bankr. P. 8001(c)(2) allows dismissal of an appeal from the Bankruptcy

11  Court upon stipulation of all parties to the appeal;

12  . . .

13  . . .

14  . . .

15  . . .

16  . . .

17  . . .

18  . . .

19  . . .

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

SDW

09265-01/860200

1    ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:

2        1.    The current appeal from the Bankruptcy Court's order dated January 17, 2012,

3    Case No. BK-S 09-22780-MKN, should be dismissed upon approval of this Stipulation and

4    Order of this Court.

5        2.    To the extent any court costs or fees are due to the Court pursuant to FRBP

6    8001(c)(2), the Clients shall pay such court costs or fees.

7        3.    With the exception of Paragraph 2 above, all parties are to bear their own fees and

8    costs in connection with the above-captioned appeal.

9        Dated this _____ day of March, 2012.

10   **SANTORO, DRIGGS, WALCH,**                    **CECILIA LEE, LTD.**
     **KEARNEY, HOLLEY & THOMPSON**

11

12                                                   _/s/ Cecilia Lee_

13   Ogonna M. Atamoh, Esq.                         Cecilia Lee, Esq. (NV Bar No. 3344)
     Nevada Bar No. 7589                            448 Ridge Street
     400 South Fourth Street, Third Floor          Reno, Nevada 89501
14   Las Vegas, Nevada 89101

15   Artemus W. Ham, Esq. (NV Bar No. 7001)         *Attorney for Nevada Mutual Insurance*
     MAINOR EGLET                                   *Company*
16   400 South Fourth Street, Sixth Floor
     Las Vegas, Nevada 89101

17

18   *Attorneys for Clients, Henry Chanin, et al.*
     *Represented by Mainor Eglet*

19   **DIAMOND MCCARTHY LLP**

20

21   Andrew Baxter Ryan (Admitted *Pro Hac Vice*)
     1201 Elm Street, Suite 3400
22   Dallas, TX 75270

23   *Attorneys for Brian D. Shapiro Trustee*

24

25                        **IT IS SO ORDERED.**

26                        UNITED STATES DISTRICT JUDGE

27                        DATED:_____ March 7, 2012

28

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
SDW

- 3 -

09265-01/860200.doc

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 5th day of March, 2012, I caused the document entitled **MOTION TO DISMISS BANKRUPTCY APPEAL,** to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| JOHN T HANSEN<br>JOHN HANSEN LAW FIRM<br>101 HOWARD STREET, STE 310<br>SAN FRANCISCO, CA 94105<br>(510) 538-9233 (fax)<br>jhansenlaw101@gmail.com | Endoscopy Center of Southern Nevada, LLC | ☐ Personal Service<br>X Email/E-File CMECF<br>☐ Fax Service<br>☐ Mail Service<br>☐ Overnight Delivery |
| ANDREW BAXTER RYAN<br>DIAMOND MCCARTHY LLP<br>1201 ELM STREET, STE 3400<br>DALLAS, TX 75270<br>(214) 389-5399 (fax)<br>aryan@diamondmccarthy.com<br>edolghih@diamondmccarthy.com | Brian D. Shapiro Trustee | ☐ Personal Service<br>X Email/E-File CMECF<br>☐ Fax Service<br>☐ Mail Service<br>☐ Overnight Delivery |
| KYUNG S LEE<br>JASON M. RUDD<br>DIAMOND MCCARTHY LLP<br>909 FANNIN<br>SUITE 1500<br>HOUSTON, TX 77010<br>(713) 333-5195 (fax)<br>klee@diamondmccarthy.com<br>jrudd@diamondmccarthy.com | Brian D. Shapiro, Trustee | ☐ Personal Service<br>X Email/E-File CMECF<br>☐ Fax Service<br>☐ Mail Service<br>☐ Overnight Delivery |
| BART K. LARSEN<br>400 SOUTH RAMPART BOULEVARD<br>SUITE 400<br>LAS VEGAS, NV 89145<br>(702) 362-9472 (fax)<br>blarsen@klnevada.com | Official Committee of Unsecured Clients of Dipak Desai | ☐ Personal Service<br>X Email/E-File CMECF<br>☐ Fax Service<br>☐ Mail Service<br>☐ Overnight Delivery |

SANTORO, DRIGGS, WALCH,<br>KEARNEY, HOLLEY & THOMPSON<br>SDW

09265-01/860200

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| NATALIE M. COX<br>KOLESAR & LEATHAM<br>400 S. RAMPART BOULEVARD<br>LAS VEGAS, NV 89145<br>702 362-1281 (fax)<br>Email: ncox@klnevada.com | Official Committee of Unsecured Clients of Dipak Desai | ☐ Personal Service<br>X Email/E-File CMECF<br>☐ Fax Service<br>☐ Mail Service<br>☐ Overnight Delivery |
| CECILIA LEE<br>448 RIDGE STREET<br>RENO, NEVADA 89501<br>(775) 324-0113 (fax)<br>efile@cecilialee.net | Nevada Mutual Insurance Company | ☐ Personal Service<br>X Email/E-File CMECF<br>☐ Fax Service<br>☐ Mail Service<br>☐ Overnight Delivery |

Dated this 5th day of March, 2012.

An employee of Santoro, Driggs, Walch, Kearney, Holley & Thompson

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

SDW

09265-01/860200