Ogonna M. Atamoh, Esq.
Nevada Bar No. 7589
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912
Email: oatamoh@nevadafirm.com

Artemus W. Ham, Esq. (NV Bar No. 7001)
MAINOR EGLET
400 South Fourth Street, Sixth Floor
Las Vegas, Nevada 89101
Telephone: 702/450-5400
Facsimile: 702/4505451
Email: aham@egletwall.com

***Attorney for Clients, Henry Chanin, et al. Represented by Mainor Eglet***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ENDOSCOPY CENTER OF SOUTHERN NEVADA,<br><br>Debtor. | Bankruptcy Case No. BK-S 09-22780-MKN<br>Chapter 7<br>Appeal Reference Number 12-06 |
| CLIENTS, HENRY CHANIN, ET AL, REPRESENTED BY MAINOR EGLET,<br><br>Appellants,<br><br>vs.<br><br>ENDOSCOPY CENTER OF SOUTHERN NEVADA, LLC, a Nevada limited liability co. AND BRIAN D. SHAPIRO, Trustee<br><br>Appellees. | Case No. 2:12-cv-00166-JCM-PAL<br><br>**STIPULATION AND ORDER DISMISSING BANKRUPTCY APPEAL** |

Ogonna M. Atamoh, Esq., of the law firm of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON, and Artemus W. Ham, Esq. of the law firm of MAINOR EGLET, attorneys for the Clients, the Infected and Non-infected Clients of the Debtor Clinics that are Represented by Mainor Eglet ("Clients"), by and through their undersigned counsel, Cecilia Lee, Esq., attorney for Nevada Mutual Insurance Company, and Andrew Baxter



SDW SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

Ryan, Esq., of the law firm DIAMOND MCCARTHY LLP, attorneys for Brian D. Shapiro Trustee, hereby stipulate and agree as follows:

WHEREAS,

1. On January 31, 2012, the Clients filed in the Bankruptcy Court, in Case No. BK-S 09-22780-MKN, a *Notice of Appeal with Certificate of Service* and *Notice of Election to Have Appeal Heard by United States District Court Pursuant to 28 U.S.C. § 158(c)(1)(A) with Certificate of Service*, and on February 3, 2012, the Clients filed in the District Court in the current case, Case No. 2:12-cv-00166-JCM-PAL, an *Amended Notice of Bankruptcy Appeal* (the "Notice of Appeal"); and

2. Fed. R. Bankr. P. 8001(c)(2) allows dismissal of an appeal from the Bankruptcy Court upon stipulation of all parties to the appeal;

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

SDW SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The current appeal from the Bankruptcy Court's order dated January 17, 2012, Case No. BK-S 09-22780-MKN, should be dismissed upon approval of this Stipulation and Order of this Court.

2. To the extent any court costs or fees are due to the Court pursuant to FRBP 8001(c)(2), the Clients shall pay such court costs or fees.

3. With the exception of Paragraph 2 above, all parties are to bear their own fees and costs in connection with the above-captioned appeal.

Dated this ________ day of March, 2012.

**SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON**

Ogonna M. Atamoh, Esq.
Nevada Bar No. 7589
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

Artemus W. Ham, Esq. (NV Bar No. 7001)
MAINOR EGLET
400 South Fourth Street, Sixth Floor
Las Vegas, Nevada 89101

*Attorneys for Clients, Henry Chanin, et al. Represented by Mainor Eglet*

**DIAMOND MCCARTHY LLP**

Andrew Baxter Ryan (Admitted *Pro Hac Vice*)
1201 Elm Street, Suite 3400
Dallas, TX 75270

*Attorneys for Brian D. Shapiro Trustee*

**CECILIA LEE, LTD.**

/s/ Cecilia Lee
Cecilia Lee, Esq. (NV Bar No. 3344)
448 Ridge Street
Reno, Nevada 89501

*Attorney for Nevada Mutual Insurance Company*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: March 7, 2012

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
SDW



09265-01/860200.doc

SDW SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 5th day of March, 2012, I caused the document entitled **MOTION TO DISMISS BANKRUPTCY APPEAL,** to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| JOHN T HANSEN<br>JOHN HANSEN LAW FIRM<br>101 HOWARD STREET, STE 310<br>SAN FRANCISCO, CA 94105<br>(510) 538-9233 (fax)<br>jhansenlaw101@gmail.com | Endoscopy Center of Southern Nevada, LLC | □ Personal Service<br>X Email/E-File CMECF<br>□ Fax Service<br>□ Mail Service<br>□ Overnight Delivery |
| ANDREW BAXTER RYAN<br>DIAMOND MCCARTHY LLP<br>1201 ELM STREET, STE 3400<br>DALLAS, TX 75270<br>(214) 389-5399 (fax)<br>aryan@diamondmccarthy.com<br>edolghih@diamondmccarthy.com | Brian D. Shapiro Trustee | □ Personal Service<br>X Email/E-File CMECF<br>□ Fax Service<br>□ Mail Service<br>□ Overnight Delivery |
| KYUNG S LEE<br>JASON M. RUDD<br>DIAMOND MCCARTHY LLP<br>909 FANNIN<br>SUITE 1500<br>HOUSTON, TX 77010<br>(713) 333-5195 (fax)<br>klee@diamondmccarthy.com<br>jrudd@diamondmccarthy.com | Brian D. Shapiro, Trustee | □ Personal Service<br>X Email/E-File CMECF<br>□ Fax Service<br>□ Mail Service<br>□ Overnight Delivery |
| BART K. LARSEN<br>400 SOUTH RAMPART BOULEVARD<br>SUITE 400<br>LAS VEGAS, NV 89145<br>(702) 362-9472 (fax)<br>blarsen@klnevada.com | Official Committee of Unsecured Clients of Dipak Desai | □ Personal Service<br>X Email/E-File CMECF<br>□ Fax Service<br>□ Mail Service<br>□ Overnight Delivery |

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| NATALIE M. COX<br>KOLESAR & LEATHAM<br>400 S. RAMPART BOULEVARD<br>LAS VEGAS, NV 89145<br>702 362-1281 (fax)<br>Email: ncox@klnevada.com | Official Committee of Unsecured Clients of Dipak Desai | □ Personal Service<br>X Email/E-File CMECF<br>□ Fax Service<br>□ Mail Service<br>□ Overnight Delivery |
| CECILIA LEE<br>448 RIDGE STREET<br>RENO, NEVADA 89501<br>(775) 324-0113 (fax)<br>efile@cecilialee.net | Nevada Mutual Insurance Company | □ Personal Service<br>X Email/E-File CMECF<br>□ Fax Service<br>□ Mail Service<br>□ Overnight Delivery |

Dated this 5th day of March, 2012.

An employee of Santoro, Driggs, Walch, Kearney, Holley & Thompson





SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
SDW